**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/31/2018

IN RE:

DANNY L. CHARLES
DEBORAH K. CHARLES
POST OFFICE BOX 44
FORCE, PA  15841
XXX-XX-0813         Debtor(s)

XXX-XX-2574

Case No.13-11080 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/31/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **JPMC SPECIALTY MORTGAGE LLC**<br>C/O JPMORGAN CHASE BANK<br>3415 VISION DR<br>MC: OH4-7142<br>COLUMBUS, OH  43219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 9/13 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4101 |
| **CITIFINANCIAL (RE*)++**<br>BANKRUPTCY REMITTANCE<br>POB 70919<br><br>CHARLOTTE, NC  28272-0919 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  UNS/OE*2ND | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...5064 |
| **COMMUNITY BANK NA***<br>45 49 COURT ST<br>POB 509<br><br>CANTON, NY  13617 | Trustee Claim Number:3   INT %: 4.25%<br>Court Claim Number:19<br><br>CLAIM:  2,486.12<br>COMMENT:  2810.16@4.25%MDF/PL*CL 2784.49*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9863 |
| **JEFFERSON COUNTY TAX CLAIM BUREAU**<br>COURTHOUSE<br>200 MAIN ST<br><br>BROOKVILLE, PA  15825 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:26<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*CL=1983.24*08-13/SCH-PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  170011103;05-13 |
| **B-LINE LLC***<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br><br>GREENVILLE, SC  29603 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br><br>CAROL STREAM, IL  60197-4153 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...1777 |
| **BENNETTS AMBULANCE SERVICE**<br>POB 48<br><br>PENFIELD, PA  15849 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  1,181.77<br>COMMENT:  2347/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0712 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM:  874.13<br>COMMENT:  9529/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7450 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  832.02<br>COMMENT:  9723/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0077 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  833.72<br>COMMENT:  2259/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7631 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  920.17<br>COMMENT:  3322/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1349 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  909.03<br>COMMENT:  6321/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6819 |
| **CITIFINANCIAL INC (NON-RE*)++**<br>POB 70923<br><br>CHARLOTTE, NC  28272-0923 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6905 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUBOIS MED | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9081 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9113 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9097 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9105 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9089 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9085 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9073 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9057 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9065 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9093 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9069 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9061 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...7593 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...7596 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  1,426.06<br>COMMENT:  CREDIT ONE/MHC RECEIVABLES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5439 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  790.23<br>COMMENT:  CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8685 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FCNB/MASTERTRUST** POB 923148  NORCROSS, GA 30010 | Trustee Claim Number:31 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...2679 |
| **FNB CONSUMER DISCOUNT CO**\*\* POB 830  904 BEAVER DR  DUBOIS, PA 15801 | Trustee Claim Number:32 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...9901 |
| **FNB CONSUMER DISCOUNT CO**\*\* POB 830  904 BEAVER DR  DUBOIS, PA 15801 | Trustee Claim Number:33 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...3801 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:34 INT %: 0.00% Court Claim Number:13 CLAIM: 2,496.34 COMMENT: 6701/SCH*JCP/GEMB | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5028 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:35 INT %: 0.00% Court Claim Number:12 CLAIM: 619.69 COMMENT: 7010/SCH*JCP/GEMB | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7073 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:36 INT %: 0.00% Court Claim Number:16 CLAIM: 822.85 COMMENT: 9194/SCH*LOWES | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2416 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:37 INT %: 0.00% Court Claim Number:18 CLAIM: 4,101.24 COMMENT: 9300/SCH*LOWES | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1451 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:38 INT %: 0.00% Court Claim Number:15 CLAIM: 802.41 COMMENT: 2260/SCH*SAMS CLUB | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3062 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:39 INT %: 0.00% Court Claim Number:8 CLAIM: 959.52 COMMENT: HSBC | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7724 |
| **ECAST SETTLEMENT CORP** POB 35480  NEWARK, NJ 07193-5480 | Trustee Claim Number:40 INT %: 0.00% Court Claim Number:9 CLAIM: 697.89 COMMENT: HSBC | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5117 |

| Creditor | Trustee Claim / Court Claim | Credit Info |
|---|---|---|
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,356.39<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9346 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 755.42<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2047 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 676.18<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7359 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUBOIS RADIO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0001 |
| **J RICE ORAL MAXILLOFACIAL AND AESTHETIC**<br>90 BEAVER DR<br><br>DUBOIS, PA 15801 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 919.49<br>COMMENT: 4243/SCH*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2432 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 1,777.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9508 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 1,868.32<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6393 |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4844 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 662.37<br>COMMENT: THD/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5342 |

# CLAIM RECORDS

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:25<br>CLAIM:  164.03<br>COMMENT:  5766/SCH*TARGET/ROUND UP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6690 |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN AND RILEY PS<br>POB 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...5833 |
| **CHARMING SHOPPES**<br>C/O WORLD FINANCIAL NETWORK<br>POB 182125<br>COLUMBIUS, OH  43218-2125 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...5566 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JPMC SPEC MRTG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4101 |
| **JPMC SPECIALTY MORTGAGE LLC**<br>C/O JPMORGAN CHASE BANK<br>3415 VISION DR<br>MC: OH4-7142<br>COLUMBUS, OH  43219 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  3,544.80<br>COMMENT:  C20GOV/CONF*3500@CHASE MTG/PL*THRU 8/13 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  4101 |

Case 13-11080-TPA    Doc 70    Filed 07/31/18    Entered 07/31/18 15:31:01    Desc
Page 8 of 8