# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANNY L. CHARLES
DEBORAH K. CHARLES
    Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
    vs.
DANNY L. CHARLES
DEBORAH K. CHARLES

    Respondents

Case No. 13-11080TPA

Chapter 13

Document No. 71

FILED
9/4/18 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 4th day of September, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Gap Enterprises
Attn : Payroll Manager
Pob 245
Weedville, PA 15868

is hereby ordered to immediately terminate the attachment of the wages of DANNY L. CHARLES, social security number XXX-XX-0813. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANNY L. CHARLES.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Danny L. Charles
Deborah K. Charles
    Debtors

Case No. 13-11080-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: amaz              Page 1 of 1              Date Rcvd: Sep 04, 2018
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db/jdb        +Danny L. Charles,   Deborah K. Charles,   Post Office Box 44,   Force, PA 15841-0044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC
            andygornall@latouflawfirm.com
           James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Paul W. McElrath, Jr.    on behalf of Plaintiff Danny L. Charles ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
           Paul W. McElrath, Jr.    on behalf of Plaintiff Deborah K. Charles ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
           Paul W. McElrath, Jr.    on behalf of Debtor Danny L. Charles ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
           Paul W. McElrath, Jr.    on behalf of Joint Debtor Deborah K. Charles ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                               TOTAL: 8